30137. GRANT *v.* THE STATE.

GARDNER, J. The defendant was convicted of a misdemeanor, under the Code, § 26-6201, for soliciting another person for prostitution. The State based the case on the testimony of a plain-clothed policeman. The testimony sustained the accusation. The defendant introduced no testimony. She made a statement denying the charge. The evidence sustained the verdict. The court did not err in overruling the certiorari, which was based on general grounds only.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED SEPTEMBER 8, 1943.

*James R. Venable, Frank A. Bowers,* for plaintiff in error.
*Lindley W. Camp,* solicitor, *John A. Boykin, solicitor-general, Durwood T. Pye,* contra.